NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KINETIC CONCEPTS, INC., KCI LICENSING, INC., KCI USA, INC., KCI MEDICAL RESOURCES, KCI MANUFACTURING, WAKE FOREST UNIVERSITY HEALTH SCIENCES, AND MEDICAL HOLDINGS LIMITED,**

*Plaintiffs-Appellants,*

**v.**

**SMITH & NEPHEW, INC.,**

*Defendant-Appellee.*

---

2011-1105

---

Appeal from the United States District Court for the Western District of Texas in case no. 08-CV-0102, Judge W. Royal Furgeson.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption and the abbreviated caption,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

__JAN 2 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
Joseph R. Re, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2011

JAN HORBALY
CLERK